**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| VENTURE HEAVY MACHINERY LIMITED LIABILITY CO., <br><br> Plaintiff(s), <br><br> vs <br><br> NOVA INDUSTRIES, INC., <br><br> Defendant(s). <br> _____/ | CASE NO: 06-14118 <br><br> JUDGE PAUL D. BORMAN |

**ORDER GRANTING WITHDRAW OF
<u>MOTION TO WITHDRAW REFERENCE</u>**

The parties having filed a Stipulation for entry of an Order Regarding Motion to Withdraw Reference; and the Court being dully advised in the premises:

IT IS ORDERED that the Defendant's Motion to Withdraw the Reference is withdrawn with prejudice.

IT IS FURTHER ORDERED that the parties will advise the Bankruptcy Court of the return of the case to that Court.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 3, 2007.

s/Denise Goodine
Case Manager